UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

SASHA NICOLE MARTIN, )
)
    Plaintiff, )
)
v. )  NO. 5:22-CV-00131-MAS
)
KILOLO KIJAKAZI, )
    Commissioner of Social )
Security, )
)
    Defendant. )

## JUDGMENT

Consistent with the contemporaneously entered Memorandum Opinion and Order resolving the summary judgment cross-motions in this case, the Court **ORDERS** and **ADJUDGES** as follows:

1. The Court **AFFIRMS** the administrative decision and **ENTERS JUDGMENT** in favor of Defendant, Commissioner of Social Security;

2. The Court **DISMISSES WITH PREJUDICE** Plaintiff's Compliant [DE 1]; and

3. The Court **STRIKES** this matter from its active docket.

This is a final and appealable judgment.

Entered this 28th day of September, 2023.



MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY